UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Visteon Corp. ERISA Litigation

Case No. 05-71205
HONORABLE AVERN COHN

_____/

### PRETRIAL ORDER No. 2

This is an ERISA action brought by participants in Visteon's retirement plan generally claiming breach of fiduciary duties by several defendants.

On July 26, 2005, the Court held a hearing on plaintiffs' motions for appointment of lead counsel and a status conference. This Order memorializes the Court's rulings at the hearing and status conference:

1. Lynn Sarko of Seattle, Washington the law firm of Keller Rohrback, L.L.P. is appointed lead counsel for plaintiffs. Joseph Meltzer of the Radnor, Pennsylvania law firm of Schiffrin & Barroway, L.L.P. and Michael Lieder of the Washington, DC law firm of Sprenger & Leng, PLLC are appointed as members of the executive committee for plaintiffs. Steve Wasinger of the Royal Oak, Michigan law firm of Wasinger, Kickham, Hanley, P.C. is appointed local counsel for plaintiffs. Mr. Sarko shall prepare an appropriate order.

2. Paul Ondrasik of the Washington, DC law firm of Steptoe & Johnson is appointed liaison counsel for defendants. Thomas McNeil of the Detroit, Michigan law firm of Dickinson Wright PPLC is appointed local counsel for defendants. Mr. Ondrasik shall prepare an appropriate order.

3. Plaintiffs shall file a consolidated amended complaint within 30 days after receipt of agreed upon additional documents from defendants. Defendants shall tender the additional documents to plaintiffs within 10 days.

4. Defendants shall file a compendium as described in paragraph 6 of Pretrial Order No. 1 within 30 days.

5. Defendants shall file an answer or otherwise respond to plaintiffs' consolidated amended complaint within 45 days after receipt.

6. After defendants' filing, the parties shall arrange for a status conference with the Court.

7. Any objections to this Order shall be filed within 5 days.

SO ORDERED.

                                                    s/Avern Cohn  
Dated:  July 27, 2005                       AVERN COHN  
                                  UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to counsel of record on this date, July 27, 2005, by electronic and/or ordinary mail.

                                                s/Julie Owens  
                                            Case Manager, (313) 234-5160