UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE VISTEON CORP. ERISA LITIGATION

Case No. 05-71205

HON. AVERN COHN

_____/

## PRETRIAL ORDER No. 3:  APPOINTMENT OF LEAD COUNSEL,

## EXECUTIVE COMMITTEE, AND LOCAL COUNSEL FOR PLAINTIFFS

For reasons stated by the Court on the record on July 26, 2005:

1.    Lynn L. Sarko of Keller Rohrback L.L.P. is appointed Lead Counsel pursuant to Fed. R. Civ. P. 23(g)(2)(A).

2.    Lead Counsel shall have the authority to perform or delegate the performance of the following matters on behalf of all Plaintiffs in the Consolidated Action:

(a) directing, coordinating, and supervising the prosecution of Plaintiffs' claims in the Consolidated Action;

(b) initiating, responding to, scheduling, briefing, and arguing all motions;

(c) designating which attorneys may appear at hearings and conferences with the Court;

(d) determining the scope, order, and conduct of all discovery proceedings;

(e) convening and presiding over meetings of the Executive Committee and having the responsibility for the orderly and efficient functioning of the Executive Committee;

(f) assigning work to counsel;

(g) retaining experts;

(h) communicating with the court;

(i) communicating with defense counsel;

(j) conducting settlement negotiations;

(k) collecting and reviewing time and expense records from all counsel on a monthly basis;

(l) coordinating activities to avoid duplication and inefficiency in the filing, serving and/or implementation of pleadings, other court papers, discovery papers, and discovery practice, and, generally, in the litigation;

(m) performing such other duties that may be incidental to proper coordination of pretrial activities or authorized by further order of the Court.

3.     Lead Counsel shall have authority to communicate with defense counsel and the Court on behalf of Plaintiffs and the proposed class.  Lead Counsel has the power to enter into agreements with defense counsel that are binding on Plaintiffs.

4.     The following persons are appointed to serve as members of the Executive Committee for Plaintiffs:

Joseph Meltzer
**Schiffrin & Barroway, LLP**

Michael Lieder
**Sprenger & Lang, PLLC**

5.     With respect to any matter pertaining to the case, the actions of Executive Committee members shall be directed by Lead Counsel.  Lead Counsel shall direct the Executive Committee members in such manner as to ensure the effective and efficient prosecution of the lawsuit, and without duplication of effort.

6.     All counsel shall keep contemporaneous time and expense records, and shall provide such records on a monthly basis to Lead Counsel.

7.     Stephen Wasinger is appointed Local Counsel for Plaintiffs.

8.     Local Counsel shall act at the direction of Lead Counsel.  Local Counsel shall assist Lead Counsel in facilitating coordination and communications among counsel for the parties and with the Court and otherwise assist in the coordination of discovery,

presentations at pretrial conferences and other pretrial activities.

     9.    Defendants may satisfy their service obligations as to Plaintiffs' counsel under Fed. R. Civ. P. 5(a) by serving Lead Counsel and Local Counsel.

     10.    Any objections to this Order shall be filed with the Court within five (5) days.

SO ORDERED.


Dated:  August 4, 2005        s/Avern Cohn
                                    AVERN COHN
                   UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was sent to counsel of record on this date, August 4, 2005, by electronic and/or ordinary mail.

        s/Julie Owens
       Case Manager, (313) 234-5160